BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-02418-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | REQUEST AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |
| APPROXIMATELY $18,731.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from January 23, 2014 to April 23, 2014.   For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

### Introduction

On November 21, 2013, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 7, 2013, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on January 15, 2014.

### Good Cause

The United States has provided notice to all potential claimants pursuant to law. Potential claimants David Sisson, Stacy Sisson or Lauren Sisson ("Sissons") have not filed a claim and the time to file a claim has expired.

The United States intends to request a Clerk's Default against the Sissons and file a motion for default judgment and final judgment of forfeiture.  Such filings, if/when granted, would terminate the case.

No other party has entered this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to April 23, 2014 (or to another date the Court deems appropriate).

Dated:   1/15/2014            BENJAMIN B. WAGNER
         United States Attorney

By:   /s/ Jeffrey A. Spivak
      JEFFREY A. SPIVAK
      Assistant U.S. Attorney

### ORDER

Pursuant to the United States' request and good cause appearing, the deadline to file a Joint Status Report currently set for January 23, 2014, is continued to April 23, 2014.

IT IS SO ORDERED.

Dated:  January 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT